UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEN WEI (USA) INC. and<br>MEDLINE INDUSTRIES, INC., | )<br>)<br>) | Civil Case No. 05 C 6003 |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Hon. Ronald A. Guzman |
| ANSELL HEALTHCARE<br>PRODUCTS, INC., | )<br>)<br>)<br>) | |
| Defendant. | ) | |

**DEFENDANT ANSELL HEALTHCARE PRODUCTS LLC'S
MOTION FOR ENTRY OF JUDGMENT IN ITS FAVOR
IN LIGHT OF THE COURT'S FINDING IN THE COMPANION CASE THAT THE
ASSERTED CLAIMS OF PLAINTIFFS' PATENT-IN-ISSUE ARE INVALID**

Pursuant to Fed. R. Civ. P. 56(b), the holding in *Blonder Tongue Labs. Inc. v. University of Illinois Found.*, 402 U.S. 313 (1971), and for the reasons set forth more fully in the accompanying Memorandum, defendant Ansell Healthcare Products LLC respectfully requests the Court to enter judgment in its favor in light of the Court's finding in the companion case of *Shen Wei (USA) Inc. and Medline Industries, Inc. v. Sempermed USA, Inc.*, No. 05 C 6004 (N.D. Ill. Mar. 12, 2009), that the asserted claims of U.S. Patent No. 6,953,582 are invalid.

Respectfully submitted,

DATED: March 17, 2009

/s/ Patrick J. Kelleher
Patrick J. Kelleher (ARDC # 6216338)
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698
Telephone: (312) 569-1000
Facsimile: (312) 569-3000

and

Thomas B. Kenworthy
David W. Marston Jr.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

*Attorneys for Defendant*
*Ansell Healthcare Products LLC*

# CERTIFICATE OF SERVICE

I, PATRICK J. KELLEHER, do hereby certify that a true and correct copy of the foregoing Defendant Ansell Healthcare Products LLC's Motion For Entry Of Judgment In Its Favor In Light Of The Court's Finding That The Asserted Claims Of Plaintiffs' Patent-In-Issue Are Invalid In The Companion Case was served by electronic delivery upon

> Edward F. McCormack, Esquire
> Russell J. Genet, Esquire
> NIXON PEABODY LLP
> 161 North Clark Street – 48th Floor
> Chicago, Illinois 60601-3213
>
> *Attorneys for Plaintiffs*
> *Shen Wei (USA) Inc. and*
> *Medline Industries, Inc.*

on this 17th day of March, 2009.

*/s/ Patrick J. Kelleher*
Patrick J. Kelleher (ARDC # 6216338)
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606-1698
Telephone: (312) 569-1000
Facsimile: (312) 569-3000

CH01/ 25315546